UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cr-20488-PCH-1

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SHAWANA ALLEN**,

    Defendant.

_____/

### ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis' Report and Recommendation ("R&R") on Change of Plea [ECF No. 16], which was entered on February 6, 2025. In the R&R, Magistrate Judge Louis found that the Defendant Shawana Allen freely and voluntarily entered a plea of guilty as to Counts 1, 2, and 3 of the Indictment, which charge Defendant with wire fraud, in violation of Title 18 U.S.C. § 1343.

Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Counts 1, 2, and 3, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Magistrate Judge Louis' R&R, and no objections to it have been filed. Therefore, based on a *de novo* review of the evidence presented, it is:

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis' R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Counts 1, 2, and 3 of the Indictment; and (3) a

sentencing hearing is set for **Thursday, April 24, 2025 at 11:00 a.m.**, before the Honorable Paul C. Huck in the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

    **DONE AND ORDERED** in Miami, Florida on February 14, 2025.

                                            PAUL C. HUCK
                                            UNITED STATES DISTRICT JUDGE

<u>Copies provided to:</u>
Magistrate Judge Lauren F. Louis
Counsel of record
United States Probation Office